**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Concrete Management Corporation, a Colorado Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>Double AA Builders of California, Inc., a California corporation; Double AA Builders, Ltd., an Arizona corporation, Jointly and Severally,<br><br>           Defendants.<br>_____<br>Double AA Builders of California, Inc., a California corporation.<br><br>           Counterclaimant,<br><br>vs.<br><br>Concrete Management Corporation, a Colorado Corporation.<br><br>           Counterdefendant.<br>_____ | No. CV-08-0322-PHX-LOA<br><br>**ORDER** |

After review of the parties's briefings on Defendant AA's pending Motion for Summary Judgement and Plaintiff CMS' Response failing to fully address or mention the applicability of potentially important legal issues,

1   **IT IS ORDERED** that Plaintiff CMS shall file a Supplemental Response, not exceeding ten pages, on or before **Wednesday, December 10, 2008**, with citation to relevant statutes and case law:

  1. Whether Plaintiff CMS agrees or disagrees with the following statement of law, cited in Defendant AA's Motion for Summary Judgment:

> [A] federal court sitting in diversity must apply the forum state's choice of law rules. *Orr v. Bank of America*, 285 F.3d 764, 772 n 4 (9th Cir. 2002). Arizona choice of law rules therefore apply to determine the applicability of the Subcontract's choice of law provision to the issue presented in this motion.

(docket # 29 at 3)  If Plaintiff CMS disagrees with this statement of law, it shall set forth why with citation to relevant *federal* case law.

  2. If Arizona's choice of law provisions govern this action, why doesn't Arizona case law and/or Arizona Revised Statute ("A.R.S.") § 32-1153 preclude recovery of some or all of Plaintiff CMS' claims. *Id*. at 7, n. 3.

**IT IS FURTHER ORDERED** that Defendant AA shall file its Reply to Plaintiff CMS Response and Supplemental Response on or before **10 business days** after Plaintiff CMS files its Supplemental Response.

**IT IS FURTHER ORDERED** that counsel shall "use proper capitalization" in all future captions as mandated by LRCiv 7.1(a)(3) and Plaintiff's counsel shall file future pleadings, briefings, and documents in "font size no smaller than 13 point." LRCiv 7.1(b)(1), effective December 1, 2008.

DATED this 5th day of December, 2008.

_/s/ Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge